No. 73–6033.  ROE ET AL. *v.* NORTON, COMMISSIONER OF WELFARE.  Appeal from D. C. Conn.  [Probable jurisdiction noted, 415 U. S. 912.]  Motion of children of appellants for divided argument with appellants and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose.  Appellee also allotted 10 additional minutes for oral argument.

No. 74–167.  UNITED STATES RAILWAY ASSN. *v.* CONNECTICUT GENERAL INSURANCE CORP. ET AL.  Appeal from D. C. E. D. Pa.  [Probable jurisdiction noted, *ante,* p. 802.]  Motion of Trustees of Reading Co. for leave to file a brief as *amicus curiae* granted.

No. 73–1461.  STANTON *v.* STANTON.  Appeal from Sup. Ct. Utah.  Probable jurisdiction noted.

No. 73–1933.  UNITED STATES *v.* CITIZENS & SOUTHERN NATIONAL BANK ET AL.  Appeal from D. C. N. D. Ga.  Probable jurisdiction noted.

No. 73–6587.  HERRING *v.* NEW YORK.  Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Motion of appellant for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.

No. 73–6739.  COSTARELLI *v.* MASSACHUSETTS.  Appeal from Municipal Ct. of Boston.  Motion for leave to proceed *in forma pauperis* granted.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 73–1531.  JOHNSON ET AL. *v.* MISSISSIPPI ET AL.  C. A. 5th Cir.  Certiorari granted.